# United States District Court
## Violation Notice

CVB Location Code: **MN18**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3220431 | Bliley | 4248 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 09/09/2013  0945 | Title 18 P+1 ch 7 113 a (5) |

Place of Offense: Minneapolis VAMC

Offense Description: Factual Basis for Charge: **Simple assault**

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Berger | Christopher | G |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

YOUR COURT DATE (If no court appearance date is shown, you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *(signed) Chris Berger*

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **September 10, 20 13** while exercising my duties as a law enforcement officer in the **D** District of **Minnesota**

On September 9, 2013, Andrea Sandberg told me that Christopher Berger grabbed her arm and pulled her causing a bruise. Sandberg showed me the bruise on her left arm. On September 10, 2013, after being explained his rights I witnessed Berger tell Detective Young that he pulled Andrea Sandberg from her arm on September 9, 2013.

The foregoing statement is based upon:
☐ my personal observation     ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **09/10/2013**    Officer's Signature: *(signed)*

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident